Joel E. Elkins (State Bar No. 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BERG, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:17-cv-06020 |
| Plaintiff, | CLASS ACTION |
| v. | **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| GUIDANCE SOFTWARE, INC., ROBERT VAN SCHOONENBERG, REYNOLDS C. BISH, MAX CARNECCHIA, JOHN COLBERT, PATRICK DENNIS, MICHAEL MCCONNELL, WADE W. LOO, OPEN TEXT CORPORATION, and GALILEO ACQUISITION SUB INC., | Action Filed: August 14, 2017 Trial Date: None Set Judge: Hon. Christine A. Snyder |
| Defendants. | |

STIPULATION OF DISMISSAL

Plaintiff Robert Berg and Defendants hereby stipulate as follows:

## RECITALS

WHEREAS, Plaintiff filed the above-captioned action (the "Action") challenging the public disclosures made in connection with the proposed acquisition of Guidance Software, Inc. ("Guidance"), by OpenText Corporation, and Galileo Acquisition Sub Inc., pursuant to an agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around July 26, 2017 (the "Transaction");

WHEREAS, the Action asserts claims for violations of sections 14(d), 14(e), and 20(a) of the Securities Exchange Act of 1934, as well as SEC Rule 14d-9 promulgated thereunder, by Defendants alleged to have been made in Guidance's Recommendation Statement (the "Recommendation Statement") filed with the SEC on or around August 8, 2017;

WHEREAS, on September 1, 2017, Guidance filed an amendment to the Recommendation Statement that included certain additional information that mooted claims regarding the sufficiency of the disclosures in the Recommendation Statement (the "Supplemental Disclosure");

WHEREAS, Plaintiff's Counsel believes they may assert a claim for a fee in connection with the prosecution of the Action and the issuance of the Supplemental Disclosure, and have informed Defendants of their intention to petition the Court for such a fee if their claim cannot be resolved through negotiations between counsel for Plaintiff and Defendants (the "Fee Application");

WHEREAS, all of the Defendants in the Action reserve all rights, arguments and defenses, including the right to oppose any potential Fee Application;

WHEREAS, no class has been certified in the Action;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys and no promise,

understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any mootness fee application or award; and

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was ever meritorious.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that:

1.     The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only.  All claims on behalf of the putative class are dismissed without prejudice.

2.     Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3.     The Court retains jurisdiction of the Action solely for the purpose of determining Plaintiff's forthcoming Fee Application, if such Fee Application becomes necessary.

4.     This Order is entered without prejudice to any right, position, claim or defense any party may assert with respect to the Fee Application, which includes the Defendants' right to oppose the Fee Application.

5.     To the extent that the parties are unable to reach an agreement concerning the Fee Application, they may contact the Court regarding a schedule and hearing to present such application to the Court.

6.     Upon completion of briefing, the parties shall promptly contact the Court to schedule argument regarding Plaintiff's Fee Application at a time convenient to the Court.

7.     If the parties reach an agreement concerning the Fee Application, they will notify the Court.  Upon such notification, the Court will close the Action.

1
2

IT IS SO STIPULATED.

3
4
5

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

6
7

Dated: September 20, 2017        **WEISSLAW LLP**

8
9
10
11
12

By:*/s/ Joel E. Elkins_____*
   Joel E. Elkins
   9107 Wilshire Blvd., Suite 450
   Beverly Hills, CA 90210
   Telephone: 310-208-2800
   Facsimile: 310-208-2348
   *Attorney for Plaintiff Robert Berg*

**OF COUNSEL:**
**RIGRODSKY & LONG, P.A.**
Brian D. Long
2 Righter Parkway, Suite 120
Wilmington, DE 19803
302-295-5310

13
14
15
16
17

Dated: September 20, 2017        **LATHAM & WATKINS LLP**

18
19
20
21
22
23
24
25

By:*Andrew R. Gray_____*
   Michele D. Johnson
   Andrew R. Gray
   Geelan A. Fahimy
   650 Town Center Dr.
   Costa Mesa, CA 92626
   Telephone:  714-540-1235
   Facsimile:  714-755-8290
   *Attorneys for Defendants Guidance Software, Inc., Robert Van Schoonenberg, Reynolds C. Bish, Max Carnecchia, John Colbert, Patrick Dennis, Michael McConnell, and Wade W. Loo*

26
27
28

# CERTIFICATE OF SERVICE

I, Joel E. Elkins, hereby certify under penalty of perjury that on September 20, 2017, I caused a copy of the foregoing **STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** to be served upon the following parties:

All Parties of Record (via CM/ECF)

s/  *Joel E Elkins*
Joel E. Elkins